Ellen Mary Quinn, Respondent, v. Supreme Council, Catholic Benevolent Legion, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Jonathan Ring & Son, Incorporated, Respondent, v. Plate & Clark Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Thomas Robertson, Respondent, v. William Haaker Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground of error in excluding evidence offered to show the place of delivery. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Joseph Rogers, Appellant, v. John Rothfuss, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Emma Seaman and Others, Respondents, v. Edward R. McLaury, as Executor, etc., Appellant, Impleaded with Others, Defendants.— Order reversed, without costs, and the matter made a part of the record and considered, pursuant to the stipulation to that effect. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

Samuel Silver, Appellant, v. Morris Hochberg and Isaac Saltzman, Defendants, Impleaded with Harris Waldenberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Sidney A. Smith, as Administrator, etc., of George Smith, Deceased, Respondent, v. Joseph Michaels, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

William Spencer, an Infant, by Mary Spencer, His Guardian ad Litem, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Crescent L. Varrone, Respondent, v. Anton Schroeder, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Herbert A. Weeks, Respondent, v. Henry Dominy and Others, Appellants, Impleaded with The Long Island Railroad Company and Others, Respondents. — Order affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.